UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANDREA WOOD, et al.,

    Plaintiffs,

v.

SGT INVESTMENTS, et al.,

    Defendants.

Case No. 21-mc-80264-RS

**ORDER AUTHORIZING FILING OF COMPLAINT**

In an order filed October 6, 2021, Judge Chesney of this Court declared plaintiff Andrea Wood a vexatious litigant. *Wood v. Cnty. of Contra Costa*, 21-cv-00611-MMC, Docket No. 70. In that order, the Clerk of Court was directed not to file "any further complaint from Wood, where such complaint asserts any claim based on [Mary P. Carey]'s representation of Wood in child dependency proceedings in the Superior Court of California, in and for the County of Contra Costa, unless and until the complaint has first been reviewed by the general duty judge of this district and approved for filing."

On November 10, 2021, plaintiff sought to file a new complaint in this Court. In the present case, the complaint does not concern Carey's representation of plaintiff in child dependency proceedings, and is thus not within the scope of the pre-filing order. As the General Duty Judge, the Court finds that the complaint is not subject to pre-filing review. Accordingly, the Clerk of Court is directed to accept the complaint for filing upon payment of the filing fee or application to proceed in forma pauperis and to assign the case to an available Judge.

**IT IS SO ORDERED**.

Dated: November 10, 2021

_____
RICHARD SEEBORG
Chief United States District Judge