UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA WOOD, | Case No. 21-cv-08784-WHO |
| Plaintiff, | |
| v. | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME** |
| SGT INVESTMENTS, et al., | Re: Dkt. Nos. 54, 67 |
| Defendants. | |

Pro se plaintiff Andrea Wood has again sought an extension of time to respond to pending motions in this matter, citing medical issues. *See* Dkt. Nos. 54, 67. Her request is GRANTED.

The defendants have filed three separate motions to dismiss Wood's Second Amended Complaint and other motions. *See* Dkt. Nos. 49, 59, 64. To streamline the briefing and hearing schedules, and to give Wood adequate time to respond, Wood's responses to the motions are due by **June 22, 2022**. Any replies will be due by **June 29, 2022**. The pending motions will all be heard on **July 13, 2022,** at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: May 31, 2022

William H. Orrick
United States District Judge